IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JEREMY KEEL, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, RHONDA BURNETT, DON GIBSON, LAUREN CRISS, JOHN MEINERS, DANIEL UMPA, CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, and JANE RUH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:25-00055 |
| HOUSE OF SEVEN GABLES REAL ESTATE, INC., WASHINGTON FINE PROPERTIES, LLC; SIDE, INC.; SIGNATURE PROPERTIES OF HUNTINGTON, LLC; J.P. PICCININI REAL ESTATE SERVICES, LLC; JPAR FRANCHISING, LLC; CAIRN REAL ESTATE HOLDINGS, LLC; CAIRN JPAR HOLDINGS, LLC; YOUR CASTLE REAL ESTATE, LLC; BROOKLYN NEW YORK MULTIPLE LISTING SERVICE, INC.; CENTRAL NEW YORK INFORMATION SERVICE, INC.; FIRST TEAM REAL ESTATE - ORANGE COUNTY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**PLAINTIFFS' MOTION AND SUGGESTIONS IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS
WITH ALL DEFENDANTS**

Plaintiffs move for preliminary approval of their Settlements with all Defendants:

- Side Inc. ("Side");

- House of Seven Gables Real Estate, Inc. ("Seven Gables");

- Washington Fine Properties, LLC ("WFP");

- J.P Piccinni Real Estate Services, LLC a/k/a JPAR Real Estate Services, LLC; Cairn Real Estate Holdings, LLC; Cairn JPAR Holdings, LLC; JPAR Franchising, LLC; and Your Castle Real Estate, LLC ("JPAR");

- Signature Properties of Huntington, LLC a/k/a Signature Premier Properties ("Signature");

- First Team Real Estate-Orange County ("First Team");

- Brooklyn New York Multiple Listing Service ("Brooklyn MLS"); and

- Central New York Information Service, Inc. ("CNYIS")[1]

These Settlements are substantially similar to those reached in *Gibson* and *Burnett*. The Court is well acquainted with this litigation and the legal standards governing settlement, and it has previously approved similar settlements. The Court should preliminarily approve these Settlements as well.

This case resolves actual and potential claims against several real estate brokerage companies and multiple listing services entities. Certain of these entities have been sued in other litigation and engaged in settlement discussions jointly with co-lead counsel in the *Burnett*, *Moehrl*, and *Gibson* suits. Several others considered opting into the NAR Settlement but did not reach an agreement to do so before the relevant deadlines. Each Settlement follows the same general structure and substance as prior settlements which have already been approved.

---

[1] The Settlement Agreements are attached as Exhibits A through H to the Declaration of Steve Berman, Ex. 1 ("Berman Decl.").

As with the prior settlements in the real estate commissions litigation, the present Settlements were the result of lengthy arms-length negotiations and consideration of the risk and cost of litigation. *See* Berman Decl. at ¶¶ 8-19. As with the prior settlements, these Settlements were reached after an investigation of the Defendant's financial condition and ability to pay a judgment or settlement. *See id*.; *see also id.* at ¶ 20. The Settlements are fair, reasonable, and adequate, and beneficial to the Settlement Classes. *See id*. The Class Representatives have approved them. *See id*. at ¶ 21.

   A.   **Settlement Class:**

The proposed brokerage Settlements reflect the same Settlement Class that the Court certified (or preliminarily certified) for settlement of claims against, among others, including Compass, Douglas Elliman, HomeSmart, Real Brokerage, Realty ONE, United Real Estate, NextHome, LoKation:

> All persons who sold a home that was listed on a multiple listing service[2] anywhere in the United States where a commission was paid to any brokerage in connection with the sale of the home in the following date range: October 31, 2019 to date of Class Notice.

(*See* WFP ¶ 13; JPAR ¶15; Signature ¶ 15; Seven Gables ¶ 15; First Team ¶ 16; Side ¶ 14)

The proposed Settlements with the two MLS entities reflect the same class period as the MLSs who opted into the NAR Settlement, as follows:

> All persons who sold a home that was listed on a multiple listing service anywhere in the United States where a commission was paid to any brokerage in connection with the sale of the home in the following date ranges:
>
>   i.   Homes listed on Moehrl MLSs: March 6, 2015 to date of Class Notice;
>
>   ii.  Homes listed on Burnett MLSs: April 29, 2014 to date of Class Notice;

---

[2] MLS includes non-NAR multiple listing services, including REBNY / RLS, as well as multiple listing services owned, operated, or governed by, or associated with the Florida Association of Realtors (or its regional and local associations).

  iii. Homes listed on MLS PIN: December 17, 2016 to date of Class Notice;

  iv. Homes in Arkansas, Kentucky, and Missouri, but not on the Moehrl MLSs, the Burnett MLSs, or MLS PIN MLS: October 31, 2018 to date of Class Notice;

  v. Homes in Alabama, Georgia, Indiana, Maine, Michigan, Minnesota, New Jersey, Pennsylvania, Tennessee, Vermont, Wisconsin, and Wyoming, but not on the Moehrl MLSs, the Burnett MLSs, or PIN MLS: October 31, 2017 to date of Class Notice;

  vi. For all other homes: October 31, 2019 to date of Class Notice.

(Brooklyn MLS ¶ 18, CNYIS ¶ 18).

### B. Settlement Amount:

The Settlements provide that the Settling Defendants will pay a total of $10,570,000 for the benefit of the Settlement Class, as follows:

- Side: $5.5 million;
- Seven Gables: $1 million;
- WFP: $1.3 million;
- JPAR: $700,000;
- Signature: $850,000;
- First Team: $1,000,000
- Brooklyn MLS $95,000:
- CNYIS: $125,000.

Together with other Settlements in *Gibson* and *Burnett*, Plaintiffs have recovered over $1 billion for the benefit of the Settlement Class. The non-monetary terms of these Settlements are the same in all material respects as the terms of the previous *Gibson* and *Burnett* Settlements, including substantially similar **Practice Changes** (WFP ¶¶ 49-51, JPAR ¶¶ 56-58, Signature 50-52, Seven Gables ¶¶ 50-52, First Team ¶¶ 51-53, Side ¶¶ 50-52, Brooklyn MLS ¶¶ 36-37, CNYIS

¶¶ 36-37); **Cooperation** (WFP ¶¶ 52-55, JPAR ¶¶ 59-61, Signature ¶¶ 53-56, Seven Gables ¶¶ 53-56, First Team ¶¶ 54-57, Side ¶¶ 53-56; Brooklyn MLS ¶¶ 38-41, CNYIS ¶¶ 38-41); and **Release** provisions (WFP ¶¶ 28-30, JPAR ¶¶ 32-34, Signature 29-31, Seven Gables ¶¶ 29-31, First Team ¶¶ 30-32, Side ¶¶ 28-30, Brooklyn MLS ¶¶ 33-35, CNYIS ¶¶ 33-35).

Because the Settlements provide substantially similar relief to the Settlements the Court previously approved in *Burnett* (*Burnett* Docs. 1487, 1622) and *Gibson* (*Gibson* Doc. 530), the Court should grant preliminary approval of the present Settlements. In support, Plaintiffs incorporate herein their previous motions for preliminary and final approval in *Gibson* and *Burnett* (*e.g.*, *Burnett* Docs. 1458, 1518, 1538; *Gibson* Docs. 161, 294, and 521).

Plaintiffs further propose to file, at a later date, a separate motion for approval of the form and manner of Class notice that satisfies the requirements of due process and also takes into account the settlement notice that has already been provided at least three times in *Burnett* and *Gibson*.

Wherefore, Plaintiffs respectfully request that the Court enter an order: (1) preliminarily approving the Settlements with all Defendants in this case; (2) certifying the Settlement Class as defined above for settlement purposes only; (3) appointing Plaintiffs as Settlement Class Representatives; (4) appointing Co-Lead Settlement Class Counsel;[3] (5) appointing JND as the notice administrator; and (6) directing Plaintiffs to file, at a later date, a motion seeking approval of the form and manner of class notice.

---

[3] Proposed Settlement Class Counsel are Ketchmark & McCreight P.C., Boulware Law LLC, Williams Dirks Dameron LLC, Hagens Berman Sobol Shapiro LLP, Cohen Milstein Sellers & Toll PLLC, and Susman Godfrey LLP. (*See, e.g.,* Doc. 530 at ¶ 88 and Doc. 534 at ¶ 8.)

- 4 -

Dated: January 27, 2024

Respectfully submitted by,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC

Benjamin D. Brown (*pro hac vice*) Robert A. Braun (*pro hac vice*) Sabrina Merold (*pro hac vice*) 1100 New York Ave. NW, Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks MO # 54921
Michael A. Williams MO # 47538
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com
mwilliams@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark MO # 41018
Scott McCreight MO # 44002 11161
Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Class*

SUSMAN GODFREY L.L.P.
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

**THE PETTIT LAW FIRM**
Julie Pettit (*pro hac vice forthcoming*)
jpettit@pettitfirm.com
1900 N. Pearl, Suite 1740
Dallas, Texas 75201
Telephone: (214) 329-0151
Facsimile: (214) 329-4076

**LYNN PINKER HURST & SCHWEGMANN, LLP**
Michael K. Hurst (*pro hac vice forthcoming*)
mhurst@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice forthcoming*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980

Facsimile: (212) 687-7714
ffox@kaplanfox.com

*Additional Class Counsel*