IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JEREMY KEEL, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, RHONDA BURNETT, DON GIBSON, LAUREN CRISS, JOHN MEINERS, DANIEL UMPA, CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, and JANE RUH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 4:25-cv-00055-SRB |
| HOUSE OF SEVEN GABLES REAL ESTATE, INC., WASHINGTON FINE PROPERTIES, LLC; SIDE, INC.; SIGNATURE PROPERTIES OF HUNTINGTON, LLC; J.P. PICCININI REAL ESTATE SERVICES, LLC; JPAR FRANCHISING, LLC; CAIRN REAL ESTATE HOLDINGS, LLC; CAIRN JPAR HOLDINGS, LLC; YOUR CASTLE REAL ESTATE, LLC; BROOKLYN NEW YORK MULTIPLE LISTING SERVICE, INC.; CENTRAL NEW YORK INFORMATION SERVICE, INC.; FIRST TEAM REAL ESTATE - ORANGE COUNTY; SIBCY CLINE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION AND SUGGESTIONS IN SUPPORT OF
### MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH
### DEFENDANT SIBCY CLINE

This Court granted preliminary settlement approval on February 4, 2025. *See* Doc. 7. On

February 5, 2025, Plaintiffs reached an additional settlement with Sibcy Cline, Inc. and Sibcy

Cline, Inc. of Kentucky (collectively, "Sibcy Cline"). The Settlement is attached as Exhibit A to the Berman Declaration, Exhibit 1. The Sibcy Cline Settlement is materially the same as all other settlements in this case that the Court approved.

As with the prior settlements in the real estate commissions litigation, the Sibcy Cline Settlement was the result of lengthy arms-length negotiations, including mediation with Greg Lindstrom, and consideration of the risk and cost of litigation. *See* Berman Decl. at ¶¶ 10-12. As with the prior settlements, this Settlement was reached after an investigation of the Defendant's financial condition and ability to pay a judgment or settlement. *See id*. The Settlement is fair, reasonable, and adequate, and beneficial to the Settlement Classes. *See id*. The Class Representatives have approved them. *See id*. at ¶ 13.

### A. Settlement Class:

The proposed Sibcy Cline Settlements reflects the same Settlement Class that the Court preliminarily approved for all other brokerage Defendants in this case:

> All persons who sold a home that was listed on a multiple listing service[1] anywhere in the United States where a commission was paid to any brokerage in connection with the sale of the home in the following date range: October 31, 2019 to date of Class Notice.

(*See* Sibcy Cline Agreement at ¶ 13)

### B. Settlement Amount:

The Settlement provides Sibcy Cline will pay $895,000, bringing the total settlement fund in this case to a total of $11,465,000 for the benefit of the Settlement Class.

Together with other Settlements in *Gibson* and *Burnett*, Plaintiffs have recovered over $1 billion for the benefit of the Settlement Class. The non-monetary terms of Sibcy Cline Settlement

---

[1] MLS includes non-NAR multiple listing services, including REBNY / RLS, as well as multiple listing services owned, operated, or governed by, or associated with the Florida Association of Realtors (or its regional and local associations).

- 1 -

are the same in all material respects as the terms of the previous *Gibson* and *Burnett* Settlements that this Court preliminarily approved in this case, as well as including substantially similar **Practice Changes** (Sibcy Cline Agreement at ¶¶ 48-50), **Cooperation** (*id.* at ¶¶ 51-54), and **Release** provisions (*id.* at ¶¶ 28-30).

Because the Settlement provides substantially similar relief to the Settlements the Court previously approved in *Burnett* (*Burnett* Docs. 1487, 1622), *Gibson* (*Gibson* Doc. 530), and *Keel* (Doc. 7), the Court should grant preliminary approval of the present Settlement with Sibcy Cline. In support, Plaintiffs incorporate herein their previous motions for preliminary and final approval in *Gibson* and *Burnett* (*e.g.*, *Burnett* Docs. 1458, 1518, 1538; *Gibson* Docs. 161, 294, and 521) as well is this case (Doc. 2).

Plaintiffs will include the Sibcy Cline Settlement in their forthcoming motion for approval of the form and manner of Class notice that satisfies the requirements of due process and also takes into account the settlement notice that has already been provided at least three times in *Burnett* and *Gibson*.

Wherefore, Plaintiffs respectfully request that the Court enter an order: (1) preliminarily approving the Settlement with Sibcy Cline; (2) certifying the Settlement Class as defined above for settlement purposes only; (3) appointing Plaintiffs as Settlement Class Representatives; (4) appointing Co-Lead Settlement Class Counsel;[2] (5) appointing JND as the notice administrator; and (6) directing Plaintiffs to file, at a later date, a motion seeking approval of the form and manner of class notice.

---

[2] Proposed Settlement Class Counsel are Ketchmark & McCreight P.C., Boulware Law LLC, Williams Dirks Dameron LLC, Hagens Berman Sobol Shapiro LLP, Cohen Milstein Sellers & Toll PLLC, and Susman Godfrey LLP. (*See, e.g.,* Doc. 530 at ¶ 88 and Doc. 534 at ¶ 8.)

Dated: February 7, 2025

Respectfully submitted by,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC

Benjamin D. Brown (*pro hac vice*) Robert A. Braun (*pro hac vice*) Sabrina Merold (*pro hac vice*) 1100 New York Ave. NW, Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark MO # 41018
Scott McCreight MO # 44002 11161
Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

***Attorneys for Plaintiffs and the Class***

SUSMAN GODFREY L.L.P.
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

**THE PETTIT LAW FIRM**
Julie Pettit (*pro hac vice forthcoming*)
jpettit@pettitfirm.com
1900 N. Pearl, Suite 1740
Dallas, Texas 75201
Telephone: (214) 329-0151
Facsimile: (214) 329-4076

**LYNN PINKER HURST & SCHWEGMANN, LLP**
Michael K. Hurst (*pro hac vice forthcoming*)
mhurst@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice forthcoming*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980

- 4 -

Facsimile: (212) 687-7714
ffox@kaplanfox.com

*Additional Class Counsel*