IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEREMY KEEL, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, RHONDA BURNETT, DON GIBSON, LAUREN CRISS, JOHN MEINERS, DANIEL UMPA, CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, and JANE RUH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOUSE OF SEVEN GABLES REAL ESTATE, INC., WASHINGTON FINE PROPERTIES, LLC; SIDE, INC.; SIGNATURE PROPERTIES OF HUNTINGTON, LLC; J.P. PICCININI REAL ESTATE SERVICES, LLC; JPAR FRANCHISING, LLC; CAIRN REAL ESTATE HOLDINGS, LLC; CAIRN JPAR HOLDINGS, LLC; YOUR CASTLE REAL ESTATE, LLC; BROOKLYN NEW YORK MULTIPLE LISTING SERVICE, INC.; CENTRAL NEW YORK INFORMATION SERVICE, INC.; FIRST TEAM REAL ESTATE - ORANGE COUNTY; SIBCY CLINE, INC. <br><br> Defendants. | Case No. 4:25-cv-00055-SRB <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO APPROVE FORM AND MANNER OF NOTICE**

Plaintiffs move for Court approval of the settlement notices in this case. This Court granted preliminary settlement approval on February 4, 2025. *See* Doc. 7. On February 5, 2025, Plaintiffs

reached an additional settlement with Sibcy Cline, Inc. and Sibcy Cline, Inc. of Kentucky (collectively, "Sibcy Cline"). Plaintiffs filed an amended complaint adding Sibcy Cline to the case (Doc. 19) and on February 7, 2024 filed a motion for preliminary approval as to Sibcy Cline (Doc. 22).[1] In its preliminary approval order, the Court authorized JND Legal Administration ("JND") to implement notice. *Id*. Plaintiffs are preparing to send and publish notice for the Settlements in this case. The parties now seek to send and publish notice to the Settlement Class.

The Court has previously approved the form and manner of class notice for nine prior settlements in this *Gibson* action[2] and five prior settlements in the related *Burnett* action.[3] *See, e.g., Gibson* Doc. 161, (motion for preliminary approval of settlements and approval of notice plan); *Gibson* Doc. 163, ¶9 (Order approving notice plan); *Gibson* Doc 292 (motion to approve form of notices); *Gibson* Doc. 296 (Order approving form of notices); *Burnett* Doc. 1319 (motion for preliminary approval of settlements and approval of notice plan); *Burnett* Doc. 1321, ¶9 (Order approving notice plan); *Burnett* Docs. 1365 and 1371 (motions to approve form of notices); *Burnett* Doc. 1366 (Order approving form of notices).

The Settlement Classes in the Settlements overlap with settlement classes that have already been issued three previous rounds of class notice in *Gibson* and *Burnett*. For this fourth notice round, in order to make efficient use of settlement funds and maximize recovery for the Class, Plaintiffs propose that JND implement a notice program substantially similar to the previous three rounds of notice, with postcards mailed to newly-obtained addresses only. This plan, pursuant to

---

[1] If the Court grants preliminary settlement approval as to Sibcy Cline, then it will be included in the notices. If it does not, the notices will not include Sibcy Cline.
[2] Prior Settling Defendants in *Gibson* include Compass, Real Brokerage, Realty ONE, @properties, Douglas Elliman, Redfin, Engel & Völkers, HomeSmart, and United Real Estate. *See, e.g.,* Docs. 163, 297, and 348.
[3] Prior Settling Defendants in *Burnett* include Anywhere, RE/MAX, Keller Williams, HomeServices, and NAR.

Rule 23(c)(2)(B), provides the "best notice practicable" to all potential Settlement Class Members who will be bound by the proposed Settlements. Accordingly, the Court should authorize the proposed notice plan.

Plaintiffs further request that the Court approve the content of the various notices being sent and published. Exhibit A is the "long form" notice that will be posted to the settlement website. Exhibit B is the "email notice" that will be sent to identified Class Members via email. Exhibit C is the "postcard notice" that will be mailed to newly identified Class Members via U.S. mail. The notices are derived from and substantially similar to the notices of settlements provided to, and approved by, the Court in this action and the *Burnett* action. *See, e.g., Burnett* Doc. 1319-1 at 76 (Keough Declaration, Exhibit B); *Burnett* Docs. 1365, 1365-1, 1365-2, 1365-3, 1366 (proposed notices and order approving form of notices in *Burnett*). These notices include the deadlines for filing objections and exclusions as well as the date of the final approval hearing. The parties further request that, in the event settlements with other Defendants in this case or related cases receive preliminary approval prior to printing and publishing the class notice materials, the notices may be modified to include notice of the additional settlements, while maintaining a substantially similar notice format. The long form notice will be posted to the website, and any new postcard notice will be mailed to Class Members at least 60 days prior to the objection/opt out deadline. The email and publication campaign will continue throughout the notice period.

The parties wish to send these notices as soon as possible and, therefore, respectfully request that the Court grant this motion without delay and authorize the parties to send notice in substantial compliance with Exhibits A-C, with the possible addition of other settling defendants.

Dated: February 10, 2025

Respectfully submitted by,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*) Robert A. Braun (*pro hac vice*) Sabrina Merold (*pro hac vice*) 1100 New York Ave. NW, Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com

**BOULWARE LAW LLC**

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**

Michael Ketchmark MO # 41018
Scott McCreight MO # 44002 11161
Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Class*

**SUSMAN GODFREY L.L.P.**

Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

**THE PETTIT LAW FIRM**
Julie Pettit (*pro hac vice forthcoming*)
jpettit@pettitfirm.com
1900 N. Pearl, Suite 1740
Dallas, Texas 75201
Telephone: (214) 329-0151
Facsimile: (214) 329-4076

**LYNN PINKER HURST & SCHWEGMANN, LLP**
Michael K. Hurst (*pro hac vice forthcoming*)
mhurst@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice forthcoming*)
800 Third Avenue, 38th Floor
New York, NY 10022

Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com

*Additional Class Counsel*