UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JEREMY KEEL, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, RHONDA BURNETT, DON GIBSON, LAUREN CRISS, JOHN MEINERS, DANIEL UMPA, CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, and JANE RUH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-00055-SRB |
| HOUSE OF SEVEN GABLES REAL ESTATE, INC., WASHINGTON FINE PROPERTIES, LLC; SIDE, INC.; SIGNATURE PROPERTIES OF HUNTINGTON, LLC; J.P. PICCININI REAL ESTATE SERVICES, LLC; JPAR FRANCHISING, LLC; CAIRN REAL ESTATE HOLDINGS, LLC; CAIRN JPAR HOLDINGS, LLC; YOUR CASTLE REAL ESTATE, LLC; BROOKLYN NEW YORK MULTIPLE LISTING SERVICE, INC.; CENTRAL NEW YORK INFORMATION SERVICE, INC.; FIRST TEAM REAL ESTATE - ORANGE COUNTY; SIBCY CLINE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Benjamin Donovan, and hereby enters his appearance as counsel for Defendant Side, Inc. in the above-referenced matter.

Respectfully submitted,

By: */s/Benjamin B. Donovan*
David L. Marcus, MO Bar No. 47846
Benjamin B. Donovan, MO Bar No. 70942
DLM LAW LLC
4700 Belleview, Suite 200
Kansas City, MO 64112
Telephone: (816) 256-4699
dmarcus@dlmlaw.com
bdonovan@dlmlaw.com

**ATTORNEYS FOR DEFENDANT SIDE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 23rd day of June, 2025, he electronically filed the foregoing with the Clerk of the Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to all parties who have entered an appearance in this case.

/s/ Benjamin B. Donovan
*Attorney for Defendant Side, Inc.*